1  TONY WEST
   Assistant Attorney General
2  DAVID J. KLINE
   Director, District Court Section
3  Office of Immigration Litigation
   THEODORE W. ATKINSON
4  Senior Litigation Counsel
   NICOLE R. PRAIRIE, DCBN 982601
5  Trial Attorney

6     P.O. Box 868, Ben Franklin Station
      Washington, DC  20044
7     Telephone: (202) 532-4074; FAX: (202) 305-7000

8  Attorneys for Respondents

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12
   Hilda Rebeca Arango Maldonado, et al.,        )
13                                               )  No. 10-cv-03101-JW
                      Petitioners,               )
14                                               )
            v.                                   )
15                                               )  **STIPULATION TO DISMISS; AND**
   Janet Napolitano, Secretary, Department       )  **[PROPOSED] ORDER**
16 of Homeland Security, et al.,                 )
                                                 )
17                    Respondents.               )
   _____       )
18

19        Petitioners, by and through their attorney of record, and Respondents, by and through their

20 attorney of record, hereby stipulate to dismissal of this action.  On August 13, 2010, the Board of

21 Immigration Appeals reissued its previous decision in Petitioners' immigration case, thereby

22 affording them the opportunity to seek review of their case before the U.S. Court of Appeals for the

23 Ninth Circuit.  The matter before this Court is accordingly moot.  Thus, the parties hereby stipulate

24 and agree, and jointly request, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Petitioners' case be

25 dismissed without prejudice.  Each party to bear its own costs and fees, and no attorney's fees or

26 costs under the Equal Access to Justice Act, or any other provision of law, will be sought in the

27 above-captioned matter.

28

Stipulation to Dismiss
C10-cv-03101-JW

1   Date: August 26, 2010                    Respectfully submitted,

2                                            TONY WEST
                                             Assistant Attorney General
3                                            DAVID J. KLINE
                                             Director, District Court Section
4                                            THEODORE W. ATKINSON
                                             Senior Litigation Counsel
5

6                                   By:      /s/ Nicole R. Prairie
                                             NICOLE R. PRAIRIE[1]
7                                            Trial Attorney
                                             Office of Immigration Litigation
8                                            U.S. Department of Justice
                                             P.O. Box 868, Ben Franklin Station
9                                            Washington, DC  20044
                                             (202) 532-4074; 305-7000 (FAX)
10                                           Nicole.Prairie@usdoj.gov

11                                           Attorneys for Respondents

12  Dated: August 25, 2010                   /s/ Charles Edward Nichol (with permission)
                                             CHARLES EDWARD NICHOL
13                                           Law Office of Charles E. Nichol
                                             220 Montgomery Street
14                                           Suite 876
                                             San Francisco, CA 94104
15                                           (415) 362-4088; 362-7402 (FAX)

16                                           Attorney for Petitioners

17                                  **ORDER**

18       Pursuant to stipulation, IT IS SO ORDERED.

19
    Dated: September 2, 2010
20                                           HONORABLE JAMES WARE
                                             United States District Judge
21

22

23

24

25

26

27
    _____

28       [1] I, Nicole R. Prairie, hereby attest that I have on file all holograph signatures for any
    signatures indicated by a "conformed" signature (/s/) within this e-filed document.